**FILED**
CHARLOTTE, NC

MAR − 2 2018

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18MJ 64

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO UNSEAL COMPLAINT** |
| | ) | |
| EVELYN P. MACK, | ) | |
| d/b/a EVELYN MACK ACADEMY | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through R. Andrew Murray,

United States Attorney for the Western District of North Carolina, for an Order directing that the

above-numbered Complaint, Affidavit, Arrest Warrant, and any other case documents be

unsealed,

IT IS HEREBY ORDERED that the Complaint, Affidavit, Arrest Warrant, and any other

case documents be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's

Office.

This the 2nd day of March, 2018.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE